UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

CAROLYN ERAZO,

                         *Plaintiff,*

v.

STELLAR COLLECTION SERVICES, INC.,

                         Defendant.

**STIPULATION OF DISMISSAL OF ACTION**

Civil Action No. 5:15-cv-01516 (FJS/TWD)

---

Whereas this action has been settled by the parties hereto, including the delivery of consideration to the plaintiff and the delivery of a release to the defendant, and whereas no party hereto is an infant or incompetent, now therefore, the parties hereto, by their respective attorneys, pursuant to the Text Order (ECF Doc. 14, filed February 25, 2016) and Fed. R. Civ. Proc. 41(a)(1)(A)(ii), hereby stipulate and agree to dismiss the above-captioned action, without costs or attorneys' fees to either party.

Dated: March 14, 2016

**BARSHAY SANDERS PLLC**

By: _____
     David Barshay

*Attorneys for Plaintiff*
100 Garden City Plaza
Suite 500
Garden City, New York 11530
Telephone: (516) 203-7600
Facsimile: (516) 706-5055
Email: dbarshay@barshaysanders.com

Dated: March 9, 2016

**BARCLAY DAMON, LLP**

By: _____
     J. Eric Charlton

*Attorneys for Defendant*
One Park Place
300 South State Street
Syracuse, New York 13202
Telephone: (315) 425-2716
Facsimile: (315) 425-5876
Email: echarlton@barclaydamon.com

IT IS SO ORDERED:

_____
Frederick J. Scullin, Jr.
Senior U.S. District Judge

Dated: March 15, 2016
       Syracuse, NY

11828766.1